UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JULIUS TURNER, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:17-CV-385 |
| | § | |
| SUSANNA CARBETT, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Plaintiff Julius Turner is a Texas inmate appearing *pro se* in this civil rights action. Pending is Plaintiff's motion in which he requests that a fellow inmate be allowed to appear with Plaintiff during future hearings. (D.E. 22). Plaintiff maintains he needs the assistance of a "jailhouse lawyer" to assist him during court proceedings. Mr. Turner has appeared before the Court previously without assistance. The undersigned notes that Mr. Turner has been able to successfully communicate with the Court and explain his claims. The Court will not authorize a non-lawyer to represent Plaintiff in on the record proceedings. The Court will appoint a licensed attorney to represent Plaintiff if it becomes necessary. Plaintiff's motion is **DENIED**.

ORDERED this 27th day of March, 2018.

_____
Jason B. Libby
United States Magistrate Judge