IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JULIUS TURNER, | § |
| | § |
| Plaintiff, | § |
| VS. | § CIVIL NO. 2:17-CV-385 |
| | § |
| SUSANNA CARBETT, *et al*, | § |
| | § |
| Defendants. | § |

## ORDER

The Court is in receipt of Plaintiff's Motion and Memorandum for Relief from Final Judgment, Dkt. No. 58, and the Magistrate Judge's Memorandum and Recommendation (M&R), Dkt. No. 67.

After independently reviewing the filings, the record, and applicable law, the Court **ADOPTS** the M&R, Dkt. No. 67. Plaintiff's Motion for Relief from Final Judgment, Dkt. No. 58, is **DENIED**.

SIGNED this 7th day of August, 2019.

_____
Hilda Tagle
Senior United States District Judge